UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JEAN LYNCH, | ) |
| Plaintiff, | ) Case No. 1:18-CV-2332 |
| v. | ) Judge Dan Aaron Polster |
| LAKE COUNTY, ET AL., | ) **MINUTES AND DISMISSAL** |
| Defendants. | ) |

On January 15, 2019, the Court held a scheduled teleconference attended by Plaintiff Jean Lynch, Plaintiff's counsel Peter C. Mapley, Defendants' representative Frank Leonbruno, and Defendants' counsel Tami Z. Hannon.  During the teleconference, the parties accepted the Court's proposed settlement.

Accordingly, this case is dismissed with prejudice, each party to bear its own costs.  Notice by the Clerk of Courts being hereby waived.

 The Court retains jurisdiction to ensure that the settlement agreement is executed.

**IT IS SO ORDERED.**

 */s/ Dan Aaron Polster_Jan. 16, 2019_*
 **DAN AARON POLSTER**
 **UNITED STATES DISTRICT JUDGE**